```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 16556
   WILLIAM G LINDSEY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-8735


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/27/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG          .00            .00              .00
LITTON LOAN SERVICING      MORTGAGE ARRE     12110.49            .00              .00
LITTON LOAN SERVICING      UNSECURED        NOT FILED            .00              .00
RESURGENT CAPITAL SERV     CURRENT MORTG          .00            .00              .00
RESURGENT CAPITAL SERV     MORTGAGE ARRE      2311.04            .00              .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC          .00            .00              .00
CAPITAL ONE AUTO FINANCE   UNSECURED        NOT FILED            .00              .00
COOK COUNTY TREASURER      SECURED            2122.81            .00              .00
COOK COUNTY TREASURER      UNSECURED        NOT FILED            .00              .00
LASALLE BANK               CURRENT MORTG          .00            .00              .00
OPTION ONE MORTGAGE        MORTGAGE ARRE          .00            .00              .00
ABN AMRO MORTGAGE          UNSECURED        NOT FILED            .00              .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT           UNSECURED          3795.57            .00              .00
CAPITAL ONE                UNSECURED        NOT FILED            .00              .00
CHRYSLER FINANCIAL SVC A   UNSECURED        NOT FILED            .00              .00
COUNTRYWIDE HOME LOANS     UNSECURED        NOT FILED            .00              .00
DISCOVER FINANCIAL SERVI   UNSECURED        NOT FILED            .00              .00
EDUCATIONAL CREDIT MGMT    UNSECURED         13653.20            .00              .00
FIRST MUTUAL FIN           UNSECURED          2520.15            .00              .00
FREEMONT INVESTMENT & LO   UNSECURED        NOT FILED            .00              .00
GUARANTY BANK              UNSECURED        NOT FILED            .00              .00
HOME DEPOT                 UNSECURED        NOT FILED            .00              .00
HSBC/BEST BUY              UNSECURED        NOT FILED            .00              .00
JB ROBINSON                UNSECURED        NOT FILED            .00              .00
LITTON LOAN SERVICING      UNSECURED        NOT FILED            .00              .00
NICOR GAS                  UNSECURED        NOT FILED            .00              .00
NICOR GAS                  UNSECURED        NOT FILED            .00              .00
OCWEN LOAN SERVICING LLC   UNSECURED        NOT FILED            .00              .00
OPTION ONE MORTGAGE        UNSECURED        NOT FILED            .00              .00
PEOPLES CHOICE HOME LOAN   UNSECURED        NOT FILED            .00              .00
PRINCIPAL RESIDENTIAL MO   UNSECURED        NOT FILED            .00              .00
PROTECTION ONE             UNSECURED           155.70            .00              .00
PROVIDIAN                  UNSECURED        NOT FILED            .00              .00
RMI/MCSI                   UNSECURED           349.89            .00              .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16556 WILLIAM G LINDSEY
```

```
VERIZON WIRELESS            UNSECURED      NOT FILED              .00        .00
CAPITAL ONE AUTO FINANCE    NOTICE ONLY    NOT FILED              .00        .00
LASALLE BANK                NOTICE ONLY    NOT FILED              .00        .00
LASALLE BANK                SECURED NOT I   20644.34              .00        .00
LITTON LOAN SERVICING       MORTGAGE NOTI  NOT FILED              .00        .00
CHAD M HAYWARD              DEBTOR ATTY     3,170.00                         .00
TOM VAUGHN                  TRUSTEE                                          .00
DEBTOR REFUND               REFUND                                           .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                           --------------      --------------
TOTALS                            .00                .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE